FILED FOR RECORD
At 9:00 o'clock a.m.

DEC 14 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

NO. 12-01-00248-CR

29326

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/16/2015 10:57:37 AM
PAM ESTES
Clerk

MICHAEL KENNEDY § 12th District 06

VS. §

THE STATE OF TEXAS § Appeals

§ TYLER, TEXAS

§ TRIAL NO. 29326

MOTION TO REMAND APPEALS DUE TO
TWO OTHER TIMELY MOTION WAS FILED
AND TRIAL COURT MARK CALHOUN PRESIDING
OVER TRIAL PROCEEDING WAS VOIDED
DUE TO TWO MOTIONS TO RECUSE TRIAL
JUDGE WAS MISPLACED BY TRIAL CLERK

I

The Tex. Gov't Code. Section 74.054(a)
(b), clerk applied and where the
applicant filed timely motion to recusal
trial judge on May 20, 2010,
was not considered by the first

Administrative Judge, was not with Copies and the 12th court of Appeals clearly was without trial court Records and a Ruling by the Lower court to Review the Appeals in No. 12-11-00248-CR for a Failure to Rule upon all motions to Recusal trial Judge mark Calhoun prior before trial.

## Relief Requested

Wherefore, michael kennedy, Requests the 12th court of Appeals Remand the case No. 12-11-00248-CR for a new punishment hearing for a Ruling on prior motion to Recusal trial Judge mark Calhoun

Respectfully submitted

michael kennedy
#1516203 polunsky unit
3872 fm 350 south
Livingston, TX 77351

## CERTIFICATE OF SERVICE

I, michael kennedy, hereby certify a true and correct copy postage prepaid to all parties mark calhoun, Judge, 500 N. Church st. palestine tx 75801 and crim. Dist. attery, 500 N. church st. palestine tx 75802 on november 12, 2015
michael kennedy

NO. 29326

Michael A. Kennedy                    § IN THE 3RD JUDICIAL

VS.                                   §

THE STATE OF TEXAS                    § DISTRICT COURT FOR
                                      § ANDERSON COUNTY, TEXAS

FILED FOR RECORD
At 9:00 o'clock a.m.

DEC 14 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

~~MOTION FOR~~

## NOTICE OF APPEAL

I, Michael A. Kennedy, give notice of appeal to the 12th court of appeals in No. 29326, under the court denying to recusal themself to the case No. 12-11-00041-CR, Kennedy v. State, Appellant is indigent and without money.

Respectfully Submitted

Michael Kennedy
#1516203
Polunsky unit
3872 FM 350 South
Livingston, TX 77351

# MEMORANDUM OF LAW AND GROUND No. 13

Applicont filed timely motions for indigent Appeals counsel that was denied by the trial court and the 12th court of Appeals violated the Applicont State and federal Constitutional Rights to Assistance of Counsel on Appeal. EX PARTE COY, 909 S.W. 2d 927, 930 (TEX. CRIM. APP. 1995)

The 12th court of Appeals clearly erred and Abused itis discretion when stating that Applicont WAIVOR itis objections to Requesting FOR Indigent Appeal Counsel when the trial court Judge MARK Colhaun timely denied the Motion before the court of Appeals Ruled upon the Appeal. Jones v. State, 623 S.W.2d 476 (APP. 13. Dist. 1981), At least two times trial court denied indigent Appointment of counsel. MOREVIEW. The 12th COURT OF APPEALS Chief Justice and the other Justices denied the Applicont Requests FOR indigent Appointment of counsel on Appeal. Applicont contends Where indigent Appointment of counsel was filed timely with the trial court and the 12th court of Appeals. It was a denial of the Applicont due process Rights for the 12th court of Appeals to determine that indigent Applicont he given his state constitutional Rights to effective Assistance of Appointment of Appeal counsel. HERE. Applicont did not waive his Rights to Appeal counsel in writing and did not sign a waiver of Appeal counsel and timely Requested to the 12th court of Appeals who denied indigent Appeal counsel Also before the Appeal decided was a Abuse of discretion. 15